**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware _____
(State)

Case number *(If known):* _____ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. **Debtor's name** | Kadey-Krogen Yachts, LLC | |

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____

3. **Debtor's federal Employer Identification Number** (EIN)

5 9 - 1 8 7 7 6 1 5

4. **Debtor's address**

**Principal place of business**

1 Maritime Drive
Number      Street

_____

Portsmouth      RI      02871
City      State      ZIP Code

Newport County
County

**Mailing address, if different from principal place of business**

_____
Number          Street

_____
P.O. Box

_____
City          State      ZIP Code

**Location of principal assets, if different from principal place of business**

350 High Point Avenue
Number      Street

_____

Portsmouth      RI      02871
City      State      ZIP Code

5. **Debtor's website** (URL)      https://www.kadeykrogen.com/

Debtor     Kadey-Krogen Yachts, LLC _____          Case number (if known) _____
           Name

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3   3   6   6

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____  When _____  Case number _____
                                            MM / DD / YYYY
         District _____  When _____  Case number _____
                                            MM / DD / YYYY

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

Debtor      Kadey-Krogen Yachts, LLC
                    Name
Case number *(if known)* _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor   See Schedule 1, attached      Relationship _____

District   Delaware                            When _____
                                                    MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number        Street

                          _____

                          City           State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Debtor    Kadey-Krogen Yachts, LLC
_____Name_____

Case number *(if known)* _____

### 15. Estimated assets

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### 16. Estimated liabilities

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/06/2026
_____MM / DD / YYYY_____

X  /s/ Jock Tucker West
_Signature of authorized representative of debtor_

Jock Tucker West
_Printed name_

Title  President

**18. Signature of attorney**

X  /s/ Joseph C. Barsalona II
_Signature of attorney for debtor_

Date  07/06/2026
_____MM / DD / YYYY_____

Joseph C. Barsalona II
_Printed name_

Pashman Stein Walder Hadyen, P.C.
_Firm name_

824 North Market Street, Suite 800
_Number_        _Street_

Wilmington
_City_

DE
_State_

19801
_ZIP Code_

302-592-6496
_Contact phone_

jbarsalona@pashmanstein.com
_Email address_

6102
_Bar number_

DE
_State_

## **SCHEDULE 1**

### **Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below filed a petition in this court for relief under chapter 7 of title 11 of the United States code.

1.  KKY Holdings, LLC
2.  Kadey-Krogen Yachts, LLC
3.  American Tugs, LLC

**OMNIBUS WRITTEN CONSENT OF THE**

**GOVERNING BODIES OF**

**KKY HOLDINGS, LLC**
**KADEY-KROGEN YACHTS, LLC**
**AMERICAN TUGS, LLC**

**July 2, 2026**

The undersigned, being (a) the requisite members of KKY Holdings, LLC ("KKY Holdings") constituting a Supra-Majority under the Organizational Documents (defined below) of KKY Holdings, (b) the sole member of Kadey-Krogen Yachts, LLC ("Kadey-Krogen"), (c) the sole member of American Tugs, LLC (together with KKY Holdings and Kadey-Krogen, each a "Company" and collectively, the "Companies"), and (d) the managers of each of the Companies (each, a "Governing Body" and collectively, the "Governing Bodies"), in such capacity, do hereby adopt the following actions hereinafter set forth as the action of each Governing Body in accordance with such Company's bylaws, limited liability company agreement, or other governing documentation (the "Organizational Documents") as applicable and adopt the following resolutions by written consent in lieu of a meeting of the respective Governing Body, with the same force and effect as if taken at a meeting of the respective Governing Body:

**WHEREAS**, the respective provisions in the applicable Organizational Documents[1] of the Companies provide that the Governing Bodies have the ultimate power and authority to manage the business and affairs of the respective Company; and

**WHEREAS**, the respective Organizational Documents of the Companies provide that the respective Governing Body may act by written consent; and

**WHEREAS**, the Governing Bodies have reviewed and considered, among other things, the financial condition of the Companies on the date hereof; and

**WHEREAS**, that the Companies shall employ and retain Pashman Stein Walder Hayden, P.C. ("Pashman Stein") as bankruptcy counsel for the Companies;

**WHEREAS**, the Governing Bodies have received, reviewed, and considered the recommendations of the Companies' legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy case under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, the Governing Bodies have the authority to authorize a bankruptcy filing under chapter 7 of the Bankruptcy Code for each of the Companies,

---

[1] *See* Section 5.1 of the *Amended and Restated Limited Liability Company Agreement of KKY Holdings, LLC*, dated as of March 23, 2021; Section 7 of the *Limited Liability Company Agreement of Kadey-Krogen Yachts, LLC*, dated as of March 30, 2021; and Section 7 of the *Limited Liability Company Agreement of American Tugs, LLC*, dated as of April 5, 2023.

**NOW, THEREFORE, BE IT RESOLVED**, that, with respect to the Companies, the Governing Bodies have determined that it is desirable and in the best interests of the Companies, its stockholders, creditors, and other interested parties that a voluntary petition (each, a "Petition") be filed by each Company under the provisions of chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and be it

**FURTHER RESOLVED**, that Jock Tucker West (the "Authorized Person") is hereby authorized, empowered, and directed, with full power of delegation, to negotiate, execute, verify, deliver, and file with the Bankruptcy Court, in the name and on behalf of each of the Companies, and under its respective corporate seal or otherwise, all petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, and other documents (collectively, the "Chapter 7 Filings") (with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 7 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it

**FURTHER RESOLVED**, that the Authorized Person hereby is authorized, empowered, and directed, with full power of delegation, in the name and on behalf of each of the Companies, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Companies' chapter 7 cases (the "Chapter 7 Cases") or the Chapter 7 Filings, including, without limitation, (i) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 7 Cases with a view to the successful prosecution of the Chapter 7 Cases (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it

**FURTHER RESOLVED**, that the retention of the law firm of Pashman Stein to represent the Companies as bankruptcy counsel on the terms set forth in its engagement letter with the Companies and to represent and assist the Companies in preparing and filing the petitions, the Chapter 7 Filings, and related forms, schedules, lists, statements and other papers or documents is hereby approved, adopted, ratified and confirmed in all respects; and it be

**FURTHER RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects adopted, confirmed, approved, and ratified.

[*signature pages to follow*]

**IN WITNESS WHEREOF**, the undersigned, being the entire board of managers and the requisite voting members of KKY Holdings, LLC, having adopted the foregoing resolutions as of the date first set forth above.

**BOARD OF MANAGERS OF KKY HOLDINGS, LLC:**

DocuSigned by:

*[signature: Gavin M. Gray]*
469B576772C44F3...

Gavin M. Gray, Summit Manager

DocuSigned by:

*[signature: J. Tucker West]*
9F012607372D49B...

Jock Tucker West, Class B Manager

**VOTING MEMBERS OF KKY HOLDINGS, LLC:**

**CLASS B MEMBER:**

DocuSigned by:

*[signature: J. Tucker West]*
9F012607372D49B...

Jock Tucker West

**CLASS A MEMBERS:**

*Entity Members:*

Summit-KKY, LP

Name of Entity

By: Selected Ed Holdings, LLC, its General Partner

DocuSigned by:

By: *[signature: Gavin M. Gray]*
469B576772C44F3...

Name: Gavin M. Gray

Title: President

*Individual Members:*

Name: _____

**IN WITNESS WHEREOF**, the undersigned, being the entire board of managers and the requisite voting members of KKY Holdings, LLC, having adopted the foregoing resolutions as of the date first set forth above.

**BOARD OF MANAGERS OF KKY HOLDINGS, LLC:**

_____

Gavin M. Gray, Summit Manager

_____

Jock Tucker West, Class B Manager

**VOTING MEMBERS OF KKY HOLDINGS, LLC:**

**CLASS B MEMBER:**

_____

Jock Tucker West

**CLASS A MEMBERS:**

*Entity Members:*

2820 Partners, LP
_____
Name of Entity

2820 Partners GP, LLC, its General Partner

By:  *CHARLES PRESTON*
   ⌐50D46A1E165B445...
Name: CHARLES PRESTON
Title: Managing Director

*Individual Members:*

_____
Name: _____

**IN WITNESS WHEREOF**, the undersigned, being the entire board of managers and the requisite voting members of KKY Holdings, LLC, having adopted the foregoing resolutions as of the date first set forth above.

**BOARD OF MANAGERS OF KKY HOLDINGS, LLC:**

_____

Gavin M. Gray, Summit Manager

_____

Jock Tucker West, Class B Manager

**VOTING MEMBERS OF KKY HOLDINGS, LLC:**

**CLASS B MEMBER:**

_____

Jock Tucker West

**CLASS A MEMBERS:**

*Entity Members:*

Yellow Leaf Investments, LLC
_____

Name of Entity

By: *David H. Wong*
Name: David H. Wong
Title:  President

*Individual Members:*

_____

Name: _____

**IN WITNESS WHEREOF**, the undersigned, being the entire board of managers and the requisite voting members of KKY Holdings, LLC, having adopted the foregoing resolutions as of the date first set forth above.

<u>**BOARD OF MANAGERS OF KKY HOLDINGS, LLC:**</u>

_____
Gavin M. Gray, Summit Manager


_____
Jock Tucker West, Class B Manager


<u>**VOTING MEMBERS OF KKY HOLDINGS, LLC:**</u>


**CLASS B MEMBER:**


_____
Jock Tucker West


**CLASS A MEMBERS:**

*Entity Members:*


_____
Name of Entity


By:_____
Name:_____
Title:_____


*Individual Members:*

DocuSigned by:

*Jim Rosenthal*

7196E035B5204B9...

Name: Jim Rosenthal

**IN WITNESS WHEREOF**, the undersigned, being the entire board of managers and the requisite voting members of KKY Holdings, LLC, having adopted the foregoing resolutions as of the date first set forth above.

**BOARD OF MANAGERS OF KKY HOLDINGS, LLC:**

_____

Gavin M. Gray, Summit Manager

_____

Jock Tucker West, Class B Manager

**VOTING MEMBERS OF KKY HOLDINGS, LLC:**

**CLASS B MEMBER:**

_____

Jock Tucker West

**CLASS A MEMBERS:**

*Entity Members:*

_____

Name of Entity

By:_____

Name:_____

Title:_____

*Individual Members:*

Signed by:

D3C3D845B97F4A5...

Name: Jon Gormin _____

**IN WITNESS WHEREOF**, the undersigned, being the entire board of managers and the requisite voting members of KKY Holdings, LLC, having adopted the foregoing resolutions as of the date first set forth above.

**BOARD OF MANAGERS OF KKY HOLDINGS, LLC:**

_____

Gavin M. Gray, Summit Manager

_____

Jock Tucker West, Class B Manager

**VOTING MEMBERS OF KKY HOLDINGS, LLC:**

**CLASS B MEMBER:**

_____

Jock Tucker West

**CLASS A MEMBERS:**

*Entity Members:*

_____

Name of Entity

By:_____
Name:_____
Title:_____

*Individual Members:*

BRAD ESSON

Name: BRAD ESSON   _____

**IN WITNESS WHEREOF**, the undersigned, being the entire board of managers and the requisite voting members of KKY Holdings, LLC, having adopted the foregoing resolutions as of the date first set forth above.

<u>**BOARD OF MANAGERS OF KKY HOLDINGS, LLC:**</u>

_____

Gavin M. Gray, Summit Manager

_____

Jock Tucker West, Class B Manager

<u>**VOTING MEMBERS OF KKY HOLDINGS, LLC:**</u>

**CLASS B MEMBER:**

_____

Jock Tucker West

**CLASS A MEMBERS:**

*Entity Members:*

_____

Name of Entity

By:_____

Name:_____

Title:_____

*Individual Members:*

DocuSigned by:

*William Burnett*

80629989879D4AD...

Name: William Burnett

**IN WITNESS WHEREOF**, the undersigned, being the sole manager and the sole member of Kadey-Krogen Yachts, LLC, having adopted the foregoing resolutions as of the date first set forth above.

**SOLE MANAGER OF KADEY-KROGEN YACHTS, LLC:**

DocuSigned by:

469B576772C44F3...

Gavin M. Gray

**SOLE MEMBER OF KADEY-KROGEN YACHTS, LLC:**

KKY HOLDINGS, LLC

DocuSigned by:

By: 469B576772C44F3...

Gavin M. Gray, President

**IN WITNESS WHEREOF**, the undersigned, being the sole manager and the sole member of American Tugs, LLC, having adopted the foregoing resolutions as of the date first set forth above.

**SOLE MANAGER AND SOLE MEMBER OF AMERICAN TUGS, LLC**:

KKY Holdings, LLC

By: _____

Gavin M. Gray, President

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| KKY Holdings, LLC | Case No. 26-_____ (__) |
| Debtor.[1] | |
| In re | Chapter 7 |
| Kadey-Krogen Yachts, LLC | Case No. 26-_____ (__) |
| Debtor. | |
| In re | Chapter 7 |
| American Tugs, LLC | Case No. 26-_____ (__) |
| Debtor. | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS

1.       Pursuant to Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that my firm, Pashman Stein Walder Hayden, PC ("Pashman") is counsel for the above-captioned debtors (the "Debtors") and that compensation paid to Pashman within one year before the filing of the petition in bankruptcy, or agreed to be paid to Pashman, for services rendered or to be rendered on behalf of the Debtors in contemplation of or in connection with the bankruptcy cases is as follows:

---

[1]    The Debtors in the above captioned Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: KKY Holdings, LLC (7858), Kadey-Krogen Yachts, LLC (7615), and American Tugs, LLC (6312). The Debtors' principal place of business is 1 Maritime Dr. Portsmouth, RI 02871.

1

For legal services, Pashman has agreed to accept                     $35,000.00

Prior to the filing of this statement Pashman has received           $35,000.00

Balance Due                                                              $0.00

2.    The source of the compensation paid to Pashman was from Gavin Gray.

3.    Pashman has not agreed to share the above-captioned disclosed compensation with any other person unless they are a partner, counsel, or associate of Pashman.

4.    In return for the above-disclosed fee, Pashman has agreed to pay the filing fees required to commence these bankruptcy cases and has further agreed to render legal services relating to these bankruptcy cases, including:

a.    Analysis of the Debtors' financial situation, and rendering advice to the Debtors in determining whether to file bankruptcy petitions;

b.    Preparation and filing of voluntary petitions in bankruptcy and certain other documents that may be required; and

c.    Representation of the Debtors at the meeting of creditors, and any adjourned hearing thereof.

## **CERTIFICATION**

I hereby certify that the foregoing is a complete statement of any agreement or agreement

for payment to Pashman for representation of the Debtors in these bankruptcy proceedings.

Dated: July 6, 2026
      Wilmington, Delaware

**PASHMAN STEIN WALDER
HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 North Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com
      agambale@pashmanstein.com

*Counsel to the Debtors*

3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re<br><br>Kadey-Krogen Yachts, LLC<br><br>Debtor.[1] | Chapter 7<br><br>Case No. 26-_____ (__) |

## <u>CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY HOLDERS</u>

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy

Procedure, the following are corporations, other than governmental units, that directly or indirectly

own 10% of more of any class of the Debtor's equity interests:

| Name and last known address or place of business of holder | Percentage of ownership | Kind of Interest |
|---|---|---|
| KKY Holdings, LLC<br>1 Maritime Dr.<br>Portsmouth, RI 02871 | 100% | Common Stock |

---

[1]   The Debtor in the above captioned Chapter 7 Case, along with the last four digits of the Debtor's federal tax identification number is 7615. The Debtors' principal place of business is 1 Maritime Dr. Portsmouth, RI 02871.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| KKY Holdings, LLC | Case No. 26-_____ (__) |
| Debtor.[1] | |
| In re | Chapter 7 |
| Kadey-Krogen Yachts, LLC | Case No. 26-_____ (__) |
| Debtor. | |
| In re | Chapter 7 |
| American Tugs, LLC | Case No. 26-_____ (__) |
| Debtor. | |

**VERIFICATION OF CREDITOR MATRIX**

I, Jok Tucker West, of the above captioned debtor (collectively, the "Debtors"), hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Dated: July 6, 2026                                 KKY Holdings, LLC

                                                                  */s/ Jock Tucker West*
                                                                  Jock Tucker West
                                                                  President

---

[1]    The Debtors in the above captioned Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: KKY Holdings, LLC (7858), Kadey-Krogen Yachts, LLC (7615), and American Tugs, LLC (6312). The Debtors' principal place of business is 1 Maritime Dr. Portsmouth, RI 02871.

| Creditor | Debtor |
| --- | --- |
| 101 Infotech Incorporated<br>3366 SE Snow Road<br>Port St Lucie, FL 34984 | Kadey-Krogen Yachts, LLC |
| 1212 Partners, LP<br>1221 S. Mopac Expy, Suite 260<br>Austin, TX 78746 | KKY Holdings, LLC |
| 2820 Partners, LP<br>c/o Harris Preston & Partners, LLC<br>2901 Via Fortuna Bldg. 6, Suite 550<br>Austin, Texas 78746 | KKY Holdings, LLC |
| 323 W Investments LP<br>2901 Via Fortuna Bldg. 6,<br>Suite 550<br>Austin, Texas 78746 | KKY Holdings, LLC |
| 323 White, LP<br>1221 S. Mopac Expy, Suite 260<br>Austin, TX 78746 | KKY Holdings, LLC |
| Advantec Mfg USA<br>28336 Hunter Creek Rd<br>Gold Beach, OR 97444 | American Tugs, LLC |
| Aegis Marine International, Inc<br>898 W. 16th Street<br>Newport Beach, CA  92663 | Kadey-Krogen Yachts, LLC |
| American Boat & Yacht Council ABYC<br>613 Third St, Ste 10 3<br>Annapolis, MD 21403 | American Tugs, LLC |
| American Express<br>PO Box 6031<br>Carol Stream, IL 60197 | Kadey-Krogen Yachts, LLC<br>American Tugs, LLC |
| Apex Funding Siliver LLC<br>2875 NE 191st Street<br>Suite 304<br>Aventura, FL 33180 | American Tugs, LLC<br>Kadey-Krogen Yachts, LLC |
| Architectural Woods LP<br>PO Box 2077<br>Tacoma, WA 98401-2077 | American Tugs, LLC |

| | |
|---|---|
| Ardemco Supply Co.<br>507 Figueroa St<br>Wilmington, CA 90744 | American Tugs, LLC |
| Asia Harbor Yacht Builders Company<br>3-3 Shih Chuan Road<br>Shiao Kang District, Kaohsiung,<br>Taiwan R.O.C. 812 | Kadey-Krogen Yachts, LLC |
| Asplundh, Keith<br>1280 North Lake Way<br>Palm Beach, FL 33480 | American Tugs, LLC |
| Associated Spring Raymond<br>PO Box 778905<br>Chicago, IL 60677-8905 | American Tugs, LLC |
| Associaton of Washington Business<br>PO Box 658<br>Olympia, WA 98507 | American Tugs, LLC |
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886-5796 | Kadey-Krogen Yachts, LLC |
| Bay Alarm Company<br>PO Box 51041<br>Los Angeles, CA 90051-5337 | American Tugs, LLC |
| Blue Creative Group LLC<br>112 Parker Street<br>Newburyport, MA 01950 | Kadey-Krogen Yachts, LLC |
| Boats Group LLC<br>1221 Brickell Avenue, Suite 2300<br>Miami, FL 33131 | Kadey-Krogen Yachts, LLC |
| Brad Esson<br>404 Ridgewood Road<br>Austin, Texas 78746 | KKY Holdings, LLC |
| Carr, Riggs & Ingram, LLC (CRI)<br>33 SW Flagler Avenue<br>Stuart, FL  34994 | Kadey-Krogen Yachts, LLC |

| | |
|---|---|
| Cascade Natural Gas<br>PO Box 5600<br>Bismark, ND 58506-5600 | American Tugs, LLC |
| Coastline Equipment, Inc.<br>2235 E Bakerview Rd<br>Bellingham, WA 98226 | American Tugs, LLC |
| Composites One, LLC<br>4526 Paysphere Circle<br>Chicago, IL 60674 | American Tugs, LLC |
| Consolidated Supply<br>PO Box 5788<br>Portland, OR 97228-5788 | American Tugs, LLC |
| Cosmos Marine Surveyors<br>6F, No 77, Chung Ching South Rd.<br>Sec 1, Taipai 100, Taiwan | Kadey-Krogen Yachts, LLC |
| Coverall<br>2541 Metrocentre Blvd, Suite 1<br>West Palm Beach, FL 33407 | Kadey-Krogen Yachts, LLC |
| Cummins Sales and Service<br>PO Box 772639<br>Detroit, MI 48277-2639 | American Tugs, LLC |
| Datto Inc,<br>101 Merritt 7, 7th Floor<br>Norwalk, CT 06851 | Kadey-Krogen Yachts, LLC |
| Deangelo Marine Exhaust, Inc<br>3330 SW 2nd Ave<br>Fort Lauderdale. FL 33315 | American Tugs, LLC |
| Dept of Labor & Industries<br>PO Box 44000<br>Olympia, WA 98504 | American Tugs, LLC |
| Dept of Revenue<br>PO Box 34456<br>Olympia, WA 98124 | American Tugs, LLC |

| | |
|---|---|
| Designer Service Associates Inc<br>553 SE Central Parkway<br>Stuart, FL 34994 | Kadey-Krogen Yachts, LLC |
| Designers Buying Group Inc<br>661 Mpalewood Drive Suite 1<br>Jupiter, FL 33458 | Kadey-Krogen Yachts, LLC |
| Digikey<br>701 Brooks Ave South PO Box 677<br>Thief River Falls, MN 56701-0677 | American Tugs, LLC |
| DJ Systems Inc<br>8390 Currency Drive, #10<br>Riviera Beach, FL 33404 | Kadey-Krogen Yachts, LLC |
| DRSA<br>PO Box 14447<br>North Palm Beach, FL 33408 | Kadey-Krogen Yachts, LLC |
| Dubois Bryant & Campbell<br>303 Colorado Street, Suite 2300<br>Austin, TX 78701 | Kadey-Krogen Yachts, LLC |
| Dwyer Murphy Calvert<br>1301 West 25th Street, Suite 560<br>Austin, TX 78705 | Kadey-Krogen Yachts, LLC |
| E.B. Bradley Co.<br>Dept 710002<br>PO Box 514670<br>Los Angeles, CA 90051-4670 | American Tugs, LLC |
| E.S. Ritchie & Sons<br>P.O. Box 548<br>Prembrock, MA 02359 | American Tugs, LLC |
| Edensaw Woods, LTD<br>211 Seton Rd Port<br>Townsend, WA 98368 | American Tugs, LLC |
| Edson International<br>146 Duchaine Boulevard<br>New Bedford, MA 02745-1292 | American Tugs, LLC |

| | |
|---|---|
| ESCO<br>1126 Kent St<br>Elkhart, IN 46514 | American Tugs, LLC |
| ETT Fine Woods<br>PO Box 741068<br>Los Angeles, CA 90074-1068 | American Tugs, LLC |
| Everest National Insurance Co<br>PO Box 499<br>Newark, NJ 07101-0499 | Kadey-Krogen Yachts, LLC |
| FedEx<br>PO Box 660481<br>Dallas, TX 75266-0481 | Kadey-Krogen Yachts, LLC |
| FedEx<br>PO Box 830144<br>Philadelphia, PA 19182-01444 | American Tugs, LLC |
| Filtration Concepts Inc (FCI)<br>3782 W 2340 S<br>West Valley, UT 84120 | Kadey-Krogen Yachts, LLC |
| Fireboy-Xintex, LLC<br>O-379 Lake Michigan Dr<br>Grand Rapids, MI 49534 | American Tugs, LLC |
| Firecrown Media Inc<br>405 Cherry Street<br>Chattanooga, TN 37402 | Kadey-Krogen Yachts, LLC |
| Fisheries Supply<br>1900 N Northlake Way, #10<br>Seattle, WA 98103 | American Tugs, LLC |
| Fluff & Buff Yacht Services<br>c/o Heidi Fischer<br>3806 SW Kober Rd<br>Port St Lucie, FL 34953 | Kadey-Krogen Yachts, LLC |
| Forterra, Inc<br>PO Box 7508<br>Olympia, WA 98507 | American Tugs, LLC |

| | |
|---|---|
| Fox McCluskey Bush Robison, PLLC<br>3461 SE Willoughby Blvd.<br>Stuart, FL 34994 | Kadey-Krogen Yachts, LLC |
| Frost Bank<br>111 West Houston Street,<br>San Antonio, TX 78205 | KKY Holdings, LLC |
| Gandy, Gregg<br>684 Kanuga Street<br>Hiawassee, GA 30546 | Kadey-Krogen Yachts, LLC |
| Ganete, Joe and Tana<br>13711 49th Ave Court NW<br>Gig Harbor, WA 98332 | American Tugs, LLC |
| Garmin<br>1200 E 151 Street<br>Olathe, KS 66062 | Kadey-Krogen Yachts, LLC |
| Gary Gray<br>1707 Post Oak Blvd No. 415<br>Houston, TX 77056 | KKY Holdings, LLC |
| Gavin M. Gray<br>2706 Pecos Street<br>Austin, Texas 78703 | KKY Holdings, LLC<br>Kadey-Krogen Yachts, LLC<br>American Tugs, LLC |
| Gemeco Marine Accessories LLC<br>1141 S. Ron McNair Blvd<br>Lake City, SC  29560 | Kadey-Krogen Yachts, LLC |
| GEMLUX<br>12770 Flagler Center Blvd<br>Jacksonville, FL 32258 | American Tugs, LLC |
| General Insulation Company<br>PO BOX 73906<br>Dallas, TX 75373-9036 | American Tugs, LLC |
| Glendinning Marine Pro<br>7071 Solutions Center<br>Chicago IL 60677 | American Tugs, LLC |

| | |
|---|---|
| Grainger<br>DEPT 853817997<br>P.O. BOX 419267<br>KANSAS CITY, MO 64141-6267 | American Tugs, LLC |
| Hill, Joe and Julia<br>107 Budris Road<br>Melbourne Beach, FL 32951 | Kadey-Krogen Yachts, LLC |
| Hinckley Company, The<br>4550 SE Boatyard Drive<br>Stuart, FL 34997 | Kadey-Krogen Yachts, LLC |
| Hinckley Holdings LLC<br>1 Little Harbor Landing<br>Portsmouth, RI 02871 | Kadey-Krogen Yachts, LLC |
| Hinckley Yacht Service RI<br>One Little Harbor Landing<br>Portsmouth, RI 02871 | Kadey-Krogen Yachts, LLC |
| Holdfast Marine LLC<br>1001 C Street #4<br>Bellingham, WA 98225 | American Tugs, LLC |
| Hotwire<br>2100 W Cypress Creek Road<br>Fort Lauderdale, FL 33309 | Kadey-Krogen Yachts, LLC |
| Hydraulic Supply Company<br>PO Box 746619<br>Atlanta, GA 30374-6619 | American Tugs, LLC |
| Imtra<br>30 Samuel Barnet Blvd.<br>New Bedford, MA 02745 | Kadey-Krogen Yachts, LLC<br>American Tugs, LLC |
| Integrity Marine Corp<br>43 Rose Point Ave<br>West Wareham, MA 02576 | American Tugs, LLC |
| James (Jim) Rosenthal<br>11 Elishas Path<br>PO Box 1487<br>Wainscott, New York 11975 | KKY Holdings, LLC<br>Kadey-Krogen Yachts, LLC<br>American Tugs, LLC |

| | |
|---|---|
| Jock Tucker West<br>34 Peaceful Way<br>Portsmouth, RI 02871 | KKY Holdings, LLC<br>Kadey-Krogen Yachts, LLC<br>American Tugs, LLC |
| Jon Gormin<br>1508 Gaston Avenue<br>Austin, Texas 78703 | KKY Holdings, LLC |
| Kravet Inc<br>PO Box 50016<br>Newark, NJ 07101 | Kadey-Krogen Yachts, LLC |
| Krogen, James S & Co Inc<br>2740 SW Martin Downs Blvd.,<br>Apt. 225<br>Palm City, FL 34990-6046 | Kadey-Krogen Yachts, LLC |
| La Conner Maritime<br>920 W Pearle Jensen Way<br>La Conner, WA 98257 | American Tugs, LLC |
| La Conner, Town Of<br>PO Box 400<br>La Conner, WA 98257 | American Tugs, LLC |
| Lautenbach Industries, Inc<br>13084 Ball Rd<br>Mount Vernon. WA 98273 | American Tugs, LLC |
| Limont 415 LLC<br>7901 4th Street N, Suite 300<br>Petersburg, FL 33702 | Kadey-Krogen Yachts, LLC |
| Limont 415 LLC<br>3340 SE Federal Highway<br>PMB 519<br>Stuart FL, 34997 | Kadey-Krogen Yachts, LLC |
| Llebroc Industries<br>3601 Conway Street<br>Fort Worth, TX  76111 | Kadey-Krogen Yachts, LLC |
| Lowe's<br>PO Box 669824<br>Dallas, TX 75266-0781 | American Tugs, LLC |

| | |
|---|---|
| Lunasea Lighting / Digitron Electronics<br>PO Box 1858<br>Pleasanton, CA 94566 | American Tugs, LLC |
| Lyndale Glass<br>106 W Fir St<br>Mount Vernon, WA 98273 | American Tugs, LLC |
| Magnum Venus Products<br>PO Box 306107<br>Nashville, TN 37230-6107 | American Tugs, LLC |
| Mannington Commercial<br>1844 US Highway 41 SE<br>Calhoun, GA 30701 | Kadey-Krogen Yachts, LLC |
| Marine Detail Specialists<br>11977 Weststar Ln<br>Burlington, WA  98233 | American Tugs, LLC |
| Marine Documentation, Inc<br>40 Mary St<br>Newport, RI 02840-3063 | American Tugs, LLC |
| Marine Hardware<br>PO Box 3099<br>Redmond, WA 98073-3099 | American Tugs, LLC |
| Marine Sanitation Supply<br>1900 N Northlake Way, #121<br>Seattle, WA  98103 | American Tugs, LLC |
| Marine Town<br>2061 NW US Hwy 19<br>Crystal River, FL 34428 | American Tugs, LLC |
| McAfee & Taft<br>Two Leadership Square<br>211 North Robinson, 8th Floor<br>Oklahoma City, OK 73102-7103 | Kadey-Krogen Yachts, LLC |
| MJ Marine Exhaust Systems, LLC<br>PO Box 28098<br>Bellingham, WA 98228 | American Tugs, LLC |

| | |
|---|---|
| Morey, Francis<br>39 Beardsworth Road<br>Rhode Island 02878 | Kadey-Krogen Yachts, LLC |
| Motion & Flow Control Products (MFCP)<br>8433 Solution Center<br>Chicago, IL 60677-8004 | American Tugs, LLC |
| Multi-Tech Marine Services<br>1601 SW 20th Street Bay #CS-5<br>Fort Lauderdale, FL 33315 | Kadey-Krogen Yachts, LLC |
| NAPA Auto Parts<br>149 E George Hopper Rd<br>Burlington, WA 98233 | American Tugs, LLC |
| North Coast Electric<br>PO Box 748177<br>Los Angeles, CA 90074-8177 | American Tugs, LLC |
| North Harbor Diesel & Yacht Service Inc<br>720 30th Street<br>Anacortes, WA 98221 | Kadey-Krogen Yachts, LLC |
| Northwest Clean Air Agency<br>1600 South Second St<br>Mount Vernon, WA 98273 | American Tugs, LLC |
| Nova Kool<br>1578 Hartley Ave<br>Coquitlam, BC V3K 7A1 | American Tugs, LLC |
| NW Boating Services, LLC<br>John Friedrichsen<br>700 Haddon Rd<br>Anacortes, WA 98221 | American Tugs, LLC |
| NW Pacific Rim Fire, Inc<br>26910 92nd Ave NW Ste C-5,410<br>Stanwood, WA 98292 | American Tugs, LLC |
| Olympic Propeller Co<br>8142 S March Point Rd<br>Anacortes, WA 98221 | American Tugs, LLC |

| | |
|---|---|
| Pacific Power Group, LLC<br>c/o City National Bank of Florida<br>PO Box 526904<br>Miami, FL 33152-6904 | American Tugs, LLC |
| Parker, Jefff and Susan<br>11101 Ware Point Lane<br>Harrison, TN 37341 | American Tugs, LLC |
| Payro<br>1640 Boro Place<br>4th Floor<br>McLean VA 22102 | Kadey-Krogen Yachts, LLC |
| Pennington, Carvel and Tefft<br>129 Walnut Street<br>Unit 408<br>Chattanooga TN, 37403 | Kadey-Krogen Yachts, LLC |
| Perfect Fit McDonald<br>12937 NE Airport Way<br>Portland, OR 97230 | American Tugs, LLC |
| Performance Power Systems of Florida Inc.<br>4515 SE Commerce Street<br>Stuart, FL 34997 | Kadey-Krogen Yachts, LLC |
| Pitney Bowes Global Financial Services<br>PO Box 371887<br>Pittburgh, PA 15250-7887 | Kadey-Krogen Yachts, LLC |
| Pompanette<br>PO Box 1200<br>73 South West<br>Charleston, NH 03603 | American Tugs, LLC |
| Port of Skagit / Marina<br>PO Box 1120<br>La Conner, WA 98257 | American Tugs, LLC |
| Port of Skagit / Rent<br>PO Box 848<br>Pleasant Grove, UT 84062 | American Tugs, LLC |
| Port of Skagit County<br>PO BOX 348<br>Burlington WA, 98233 | American Tugs, LLC |

| | |
|---|---|
| PromoCentric LLC<br>Attn: Dana Fuller<br>5 Forbes Road<br>Newmarket, NH  03857 | Kadey-Krogen Yachts, LLC |
| Prop Shop, The<br>3610 South Rd, Ste100<br>Mukilteo, WA 98275 | American Tugs, LLC |
| Puget Sound Energy<br>BOT-01H PO Box 91269<br>Bellevue, WA 98009-9269 | American Tugs, LLC |
| R&R Compressor Service Co<br>PO Box 2010<br>Kirkland, WA 98083-2010 | American Tugs, LLC |
| RI - Dept of Labor & Training<br>1511 Pontiac Ave<br>Cranston, RI 02920-0942 | Kadey-Krogen Yachts, LLC |
| Safe Harbor Harborage YC<br>955 NW Flagler Avenue<br>Stuart, FL 34994 | Kadey-Krogen Yachts, LLC |
| Saitz, Benjamin and Christine<br>411 NE 63rd Street<br>Seattle, WA 98115 | American Tugs, LLC |
| Sapp, Greg<br>290 Long Point Road<br>Crownsville, MD 21032 | Kadey-Krogen Yachts, LLC |
| Seastar Solutions (Dometic)<br>DEPT CH 17092<br>Palatine,  IL 60055-7092 | American Tugs, LLC |
| Seaview<br>2225 N. Molter Road, Suite 105<br>Liberty Lake, WA 99019 | Kadey-Krogen Yachts, LLC |
| Skagit Bay Motor and Yachts Sale LLC<br>8515 SE 44th Place<br>Mercer Island, WA 98040 | American Tugs, LLC |

| | |
|---|---|
| Skagit County Treasurer<br>P.O. Box 518 700 S 2nd St, Rm 205<br>Mt Vernon, WA 98273-0518 | American Tugs, LLC |
| Skagit River Steel<br>P.O. Box 376<br>Burlington, WA 98233 | American Tugs, LLC |
| Southern Boating Media<br>1591 E Atlantic Blvd<br>Pompano Beach, FL 33060 | Kadey-Krogen Yachts, LLC |
| Southern Boating Media<br>1591 E Atlantic Blvd 2nd Floor<br>Pompano Beach, FL 33060 | American Tugs, LLC |
| SPX Flow US, LLC<br>PO Box 277886<br>Atlanta, GA 30384-7886 | American Tugs, LLC |
| State of Delaware<br>Division of Corporations<br>PO Box 5509<br>Binghamton, NY 13902-5509 | Kadey-Krogen Yachts, LLC<br>American Tugs, LLC |
| Steve Scruggs<br>15158 Channel Drive<br>La Conner, WA 98225 | American Tugs, LLC |
| Summit KKY LP<br>706 Pecos Street<br>Austin, TX 78703 | Kadey-Krogen Yachts, LLC |
| Summit-KKY LP<br>1707 Post Oak Blvd, Ste 204<br>Houston, TX 77056 | American Tugs, LLC |
| Summit-KKY, LP<br>1707 Post Oak Blvd., Suite 204<br>Houston, Texas 77056 | KKY Holdings, LLC |
| Susser Bank<br>4020 Maple Avenue<br>Suite 150<br>Dallas, Texas 75219 | Kadey-Krogen Yachts, LLC<br>American Tugs, LLC |

| | |
|---|---|
| Team One<br>1005 Aquidneck Ave<br>Middletown, RI 02842 | American Tugs, LLC |
| Tides Marine, Inc.<br>PO Box 738469<br>Dallas, TX 75373-8469 | American Tugs, LLC |
| Trident Rubber, Inc<br>585 Plum Run Rd<br>Canonsburg, PA 15317 | American Tugs, LLC |
| Trim West Distributing<br>4058 Auburn Way N, Ste 3,<br>Auburn, WA, 98002 | American Tugs, LLC |
| U.S. Small Business Administration<br>409 3rd Street<br>Washington, DC 20416 | Kadey-Krogen Yachts, LLC |
| Ultra Marine West, Inc<br>3774 SW 30th Ave<br>Fort Lauderdale, FL 33312 | American Tugs, LLC |
| Ultrafabrics, LLC<br>303 South Broadway, Suite 201<br>Tarrytown, NY 10591 | Kadey-Krogen Yachts, LLC |
| UPS<br>PO Box 809488<br>Chicago, IL 60680-9488 | American Tugs, LLC |
| US Watermaker<br>1424 Bargeway Rd<br>The Dalles, OR 97058 | American Tugs, LLC |
| Vessel Vanguard Group LLC<br>24301 Walden Center Drive, Suite 101<br>Bonita Springs, FL 34134 | Kadey-Krogen Yachts, LLC |
| Vincent and Elizabeth Fortunado<br>PO BOX 3345<br>Annapolis, MD 21403 | Kadey-Krogen Yachts, LLC |

| | |
|---|---|
| Voyager Maritime Alliance Group Inc<br>1883 West State Road 84 Building 2,<br>Suite 105<br>Ft. Lauderdale, FL  33315 | Kadey-Krogen Yachts, LLC |
| Walter E Nelson Co<br>PO Box 223<br>Ferndale, WA 98248 | American Tugs, LLC |
| Washington State Treasurer<br>Dept. of Licensing WA<br>PO Box 40200<br>Olympia, WA 98504-0200 | Kadey-Krogen Yachts, LLC |
| Waste Management<br>AS Payment Agent<br>P.O. Box 541065<br>Los Angeles, CA 90054-1065 | American Tugs, LLC |
| WCP Solutions<br>PO Box 84145<br>Seattle, WA 98124-5445 | American Tugs, LLC |
| West Marine Pro<br>Attn:  Accounts Receivable<br>PO BOX 669336<br>Dallas, TX 75266-9336 | Kadey-Krogen Yachts, LLC |
| William F. Burnett<br>2509 Exposition Blvd<br>Austin, Texas 78703 | KKY Holdings, LLC |
| Yellow Leaf Investments, LLC<br>555 Crestline Drive<br>Los Angeles, CA 90049 | KKY Holdings, LLC |
| YRM<br>3295 SW 11th Avenue<br>Fort Lauderdale, FL 33315 | Kadey-Krogen Yachts, LLC |
| Zeman, Stark and Kimberly<br>1023 SE 15th Avenue<br>Deerfield Beach FL, 33441 | Kadey-Krogen Yachts, LLC |

**Fill in this information to identify the case:**

Debtor name  Kadey-Krogen Yachts, LLC

United States Bankruptcy Court for the: _____ District of Delaware
                                                                   (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

**Part 1:**  **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ................................................................  $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ............................................................  $ 2,256,773.68

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..............................................................  $ 2,256,773.68

---

**Part 2:**  **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...........................................  $ 279,453.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................  $ 13,473.08

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................................  **+** $ 2,190,533.94

4. **Total liabilities** ...........................................................................................  $ 2,483,459.42
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name  Kadey-Krogen Yachts, LLC

United States Bankruptcy Court for the: _____  District of  Delaware
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Susser Bank | Business Checking | 9253 | $ 0.00 |
| 3.2. | | | $ |

4. **Other cash equivalents** (*Identify all*)

| | |
|---|---|
| 4.1. | $ |
| 4.2. | $ |

5. **Total of Part 1** | $ 0.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1. Third Party Escrow Account (for purchaser deposits--monies belong to third party depositors) | $ 63,000.00 |
| 7.2. | $ |

Debtor    Kadey-Krogen Yachts, LLC
          _____
          Name

Case number (*if known*) _____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____    $ _____

   8.2. _____    $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.        $ _____63,000.00

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

11. **Accounts receivable**

    11a. 90 days old or less: _____ – _____ =....... ➜    $ _____
                              face amount      doubtful or uncollectible accounts

    11b. Over 90 days old: _____ – _____ =....... ➜    $ _____
                           face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ _____0.00

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $ _____

    14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1. _____    _____ %    _____    $ _____

    15.2. _____    _____ %    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $ _____

    16.2. _____    _____    $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $ _____0.00

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page **2**

Debtor  Kadey-Krogen Yachts, LLC  Case number (*if known*) _____
      <sub>Name</sub>

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20. Work in progress** <br> Parts for boats under contract | _____ <br> MM / DD / YYYY | $ _____ | _____ | $ undetermined |
| **21. Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **22. Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ undetermined

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** <br> _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** <br> _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |

Debtor    Kadey-Krogen Yachts, LLC _____     Case number (*if known*) _____
          ___Name___

**33.  Total of Part 6.**                                                                    $ _____0.00_____

Add lines 28 through 32. Copy the total to line 85.

**34.  Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____  Valuation method _____  Current value $ _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| Office Furniture and Copnuter Equipment | $ 35,111.68 | Straight Line Depr | $ 35,000.00 |
| **40.  Office fixtures** | | | |
| | $ | | $ |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $ | | $ |
| **42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ | | $ |
| 42.2 _____ | $ | | $ |
| 42.3 _____ | $ | | $ |

**43.  Total of Part 7.**                                                                    $ _____35,000.00_____

Add lines 39 through 42. Copy the total to line 86.

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    Kadey-Krogen Yachts, LLC
          _____          Case number (*if known*) _____
          Name

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____  $ _____  _____  $ _____

47.2 _____  $ _____  _____  $ _____

47.3 _____  $ _____  _____  $ _____

47.4 _____  $ _____  _____  $ _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____  $ _____  _____  $ _____

48.2 _____  $ _____  _____  $ _____

49. **Aircraft and accessories**

49.1 _____  $ _____  _____  $ _____

49.2 _____  $ _____  _____  $ _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Molds for Boats    $ 772,687.29    Straight Line Depr    $ 772,687.29

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.    $ 772,687.29

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    Kadey-Krogen Yachts, LLC
_____    Case number (*if known*) _____
          Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 415 NW Flager Avenue, Stuart FL 34994 | Lease | $ undetermined | | $ undetermined |
| 55.2 1 Maritime Drive,  Portsmouth RI 02871 | Lease | $ undetermined | | $ undetermined |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ undetermined

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites**<br>www.kadeykrogen.com & www.summitmotoryachts.com | $ undetermined | Cost | $ undetermined |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill**<br>Valued at Purchase of Kadey Krogen | $ 905,109.55 | Amortization | $ 905,109.55 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 905,109.55

Debtor   Kadey-Krogen Yachts, LLC _____     Case number (*if known*) _____
_____Name_____

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  −  _____  = ➜  $ _____
Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $ _____ |
| _____ | Tax year _____ | $ _____ |
| _____ | Tax year _____ | $ _____ |

73. **Interests in insurance policies or annuities**

_____     $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____     $ _____

**Nature of claim**    _____

**Amount requested**    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____     $ _____

**Nature of claim**    _____

**Amount requested**    $ _____

76. **Trusts, equitable or future interests in property**

_____     $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

| | |
|---|---|
| A money judgment against Martek of Palm Beach, Inc. dated November 16, 2017 | $ 338,252.54 |
| A supplemental money judgment against Martek of Palm Beach, Inc. dated May 16, 2018 | $ 142,724.30 |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90

$ 480,976.84

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor    Kadey-Krogen Yachts, LLC

Name

Case number (*if known*) _____

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 63,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ undetermined | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 35,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 772,687.29 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $ undetermined |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 905,109.55 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 480,976.84 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 2,256,773.68 | **+** 91b. $ undetermined |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .............................................................................    $ 2,256,773.68

**Fill in this information to identify the case:**

Debtor name  Kadey-Krogen Yachts, LLC

United States Bankruptcy Court for the: _____ District of  Delaware
                                                              (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Creditor's name**
Apex Funding Silver LLC

**Describe debtor's property that is subject to a lien**
Cash

$ 63,000.00     $ Undetermined

**Creditor's mailing address**
2875 NE 191 Street, Suite 304
Aventura, FL 33180

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Creditor's name**
Payro Finance

**Describe debtor's property that is subject to a lien**
Cash

$ 78,880.00     $ Undetermined

**Creditor's mailing address**
1640 Boro Place, 4th Floor
McLean, VA 22102

**Describe the lien**

**Creditor's email address, if known**
austin@payrofinance.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 4/29/2026

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is
specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 279,453.00

page 1 of 2

Official Form 206D          **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    Kadey-Krogen Yachts, LLC
          _____                    Case number (*if known*)    _____
          Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** **Additional Page** | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2. 3** **Creditor's name**

U.S. Small Business Administration

**Describe debtor's property that is subject to a lien**

Cash

$ 137,573.00    $ Undetermined

**Creditor's mailing address**

409 3rd Street

Washington, DC 20416

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 08/04/2020

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.** **Creditor's name**

**Describe debtor's property that is subject to a lien**

$ _____    $ _____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Form 206D                    Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**

**Fill in this information to identify the case:**

Debtor  Kadey-Krogen Yachts, LLC

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**

| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $  4,987.50 | $  4,987.50 |
|---|---|---|

Morey, Francis

39 Beardsworth Road

Rhode Island 02878

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/17/2026

**Basis for the claim:**
Commission

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4B)

**2.2**

| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $  28.88 | $  28.88 |
|---|---|---|

RI - Dept of Labor & Training

1511 Pontiac Ave

Cranston, RI 02920-0942

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
03/27/2026

**Basis for the claim:**
_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**2.3**

| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $  837.50 | $  837.50 |
|---|---|---|

State of Delaware- Division of Corps

PO Box 5509

Binghamton,NY 13902-5509

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2/1/2026-04/1/2026

**Basis for the claim:**
Tax

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

page 1 of 14

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Kadey-Krogen Yachts, LLC
          _____    Case number (*if known*) _____
          Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.___ Priority creditor's name and mailing address**        $ 7,619.20    $ 7,619.20

As of the petition filing date, the claim is:
*Check all that apply.*

Washington State Treasurer
Dept. of Licensing WA
PO Box 40200
Olympia, WA 98504-0200

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
10/29/2025                                 Taxes

**Last 4 digits of account**
**number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**2.___ Priority creditor's name and mailing address**        $ _____    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

**Last 4 digits of account**
**number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.___ Priority creditor's name and mailing address**        $ _____    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

**Last 4 digits of account**
**number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.___ Priority creditor's name and mailing address**        $ _____    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

**Last 4 digits of account**
**number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   Kadey-Krogen Yachts, LLC _____      Case number (*if known*) _____
        Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $          4,013.25 |
|---|---|---|

101 Infotech Incorporated

3366 SE Snow Road
Port St Lucie, FL 34984

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** IT services

Date or dates debt was incurred   05/1/2026-06/01/2026

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**3.2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $          206.41 |
|---|---|---|

Aegis Marine International, Inc

898 W. 16th Street
Newport Beach, CA  92663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Freight costs

Date or dates debt was incurred   3/25/2026

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**3.3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $          71,174.69 |
|---|---|---|

American Express

PO Box 6031
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** credit card costs

Date or dates debt was incurred   2/24/2026-4/2/2026

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**3.4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $          1,531,708.00 |
|---|---|---|

Asia Harbor Yacht Builders Company

3-3 Shih Chuan Road
Shiao Kang District, Kaohsiung, Taiwan R.O.C. 812

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Builder costs

Date or dates debt was incurred   10/01/2025-6/30/2026

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**3.5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $          48,054.09 |
|---|---|---|

Bank of America (Business Card)

PO Box 15796
Wilmington, DE 19886-5796

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** credit card costs

Date or dates debt was incurred   3/27/2026-5/27/2026

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**3.6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $          17,004.92 |
|---|---|---|

Blue Creative Group LLC
112 Parker Street

Newburyport, MA 01950

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Advertising costs

Date or dates debt was incurred   09/25/2025-5/1/2026

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

page 3 of 14

Official Form 206E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  Kadey-Krogen Yachts, LLC
_____
Name

Case number (*if known*) _____

| **Part 2:** | **Additional Page** |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.7** | **Nonpriority creditor's name and mailing address**

Boats Group LLC

1221 Brickell Avenue, Suite 2300

Miami, FL 33131

**Date or dates debt was incurred**  06/30/2026

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:**  Advertising costs

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$  8,500.00

---

**3.8** | **Nonpriority creditor's name and mailing address**

Carr, Riggs & Ingram, LLC (CRI)

33 SW Flagler Avenue
Stuart, FL  34994

**Date or dates debt was incurred**  4/4/2025-4/29/2026

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Accounting costs

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$  15,965.00

---

**3.9** | **Nonpriority creditor's name and mailing address**

Cosmos Marine Surveyors

6F, No 77, Chung Ching South Rd.
Sec 1, Taipai 100, Taiwan

**Date or dates debt was incurred**  12/8/2025-6/22/2026

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Service costs

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$  1,300.00

---

**3.10** | **Nonpriority creditor's name and mailing address**

Coverall

2541 Metrocentre Blvd, Suite 1
West Palm Beach, FL 33407

**Date or dates debt was incurred**  1/1/2026-3/1/2026

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Service costs

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$  1,075.35

---

**3.11** | **Nonpriority creditor's name and mailing address**

Designer Service Associates Inc

553 SE Central Parkway
Stuart, FL 34994

**Date or dates debt was incurred**  6/7/2024-5/12/2026

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Service costs

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$  6,395.50

---

page 4 of 14

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Kadey-Krogen Yachts, LLC
          _____          Case number (*if known*) _____
          Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.12** | **Nonpriority creditor's name and mailing address**

Designers Buying Group Inc

661 Mpalewood Drive Suite 1

Jupiter, FL 33458

Date or dates debt was incurred    2/6/2026-5/1/2026

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Service

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 680.97

---

**3.13** | **Nonpriority creditor's name and mailing address**

DJ Systems Inc

8390 Currency Drive, #10
Riviera Beach, FL 33404

Date or dates debt was incurred    11/26/2025

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Parts

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30.80

---

**3.14** | **Nonpriority creditor's name and mailing address**

DRSA

PO Box 14447
North Palm Beach, FL 33408

Date or dates debt was incurred    05/21/2026

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,323.49

---

**3.15** | **Nonpriority creditor's name and mailing address**

Dubois Bryant & Campbell

303 Colorado Street, Suite 2300
Austin, TX 78701

Date or dates debt was incurred    05/01/2025

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal costs

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,230.05

---

**3.16** | **Nonpriority creditor's name and mailing address**

Dwyer Murphy Calvert

1301 West 25th Street, Suite 560
Austin, TX 78705

Date or dates debt was incurred    11/27/2024-2/28/2026

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal costs

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,153.67

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   Kadey-Krogen Yachts, LLC
         _____
         Name                                                    Case number (*if known*) _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.17** **Nonpriority creditor's name and mailing address**

Everest National Insurance Co

PO Box 499

Newark, NJ 07101-0499

**Date or dates debt was incurred** 10/1/2025-6/1/2026

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Worker's Comp

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,182.13

---

**3.18** **Nonpriority creditor's name and mailing address**

FedEx

PO Box 660481
Dallas, TX 75266-0481

**Date or dates debt was incurred** 10/17/2025

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Freight

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 104.60

---

**3.19** **Nonpriority creditor's name and mailing address**

Filtration Concepts Inc (FCI)

3782 W 2340 S
West Valley, UT 84120

**Date or dates debt was incurred** 12/15/2025

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Parts

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37.00

---

**3.20** **Nonpriority creditor's name and mailing address**

Firecrown Media Inc

405 Cherry Street
Chattanooga, TN 37402

**Date or dates debt was incurred** 6/15/2025-10/14/2025

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Advertising costs

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,630.00

---

**3.21** **Nonpriority creditor's name and mailing address**

Fluff & Buff Yacht Services

c/o Heidi Fischer 3806 SW Kober Rd
Port St Lucie, FL 34953

**Date or dates debt was incurred** 12/25/2025-1/26/2026

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service costs

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 680.00

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Kadey-Krogen Yachts, LLC
_____    Case number (*if known*) _____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** **Nonpriority creditor's name and mailing address**

Fox McCluskey Bush Robison, PLLC

3461 SE Willoughby Blvd.

Stuart, FL 34994

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Legal costs

$ 16,368.29

Date or dates debt was incurred    11/7/2024-1/7/2026
Last 4 digits of account number    _ _ _ _

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

Gandy, Gregg

684 Kanuga Street
Hiawassee, GA 30546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service costs

$ 2,125.00

Date or dates debt was incurred    05/07/2026
Last 4 digits of account number    _ _ _ _

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

Garmin

1200 E 151 Street
Olathe, KS 66062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Parts

$ 2,991.99

Date or dates debt was incurred    12/10/2025
Last 4 digits of account number    _ _ _ _

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**

Gemeco Marine Accessories LLC

1141 S. Ron McNair Blvd
Lake City, SC  29560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Parts

$ 279.78

Date or dates debt was incurred    12/16/2025
Last 4 digits of account number    _ _ _ _

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**

Gray, Gavin

706 Pecos Street
Austin TX, 78703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

$ 3,454.12

Date or dates debt was incurred    06/25/2026
Last 4 digits of account number    _ _ _ _

**Is the claim subject to offset?**
☒ No
☐ Yes

---

page 7 of 14

Debtor  Kadey-Krogen Yachts, LLC
Name

Case number (*if known*) _____

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.27** **Nonpriority creditor's name and mailing address**

Hinckley Company, The

4550 SE Boatyard Drive

Stuart, FL 34997

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Service

**Date or dates debt was incurred** 5/13/2026-6/30/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50,000.00

**3.28** **Nonpriority creditor's name and mailing address**

Hinckley Holdings LLC

1 Little Harbor Landing
Portsmouth, RI 02871

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent payment

**Date or dates debt was incurred** 2/1/2026-6/1/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,670.45

**3.29** **Nonpriority creditor's name and mailing address**

Hinckley Yacht Service RI

One Little Harbor Landing
Portsmouth, RI 02871

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service costs

**Date or dates debt was incurred** 09/09/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,345.28

**3.30** **Nonpriority creditor's name and mailing address**

Hotwire

2100 W Cypress Creek Road
Fort Lauderdale, FL 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility costs

**Date or dates debt was incurred** 3/1/2026-5/9/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 749.97

**3.31** **Nonpriority creditor's name and mailing address**

Imtra

30 Samuel Barnet Blvd.
New Bedford, MA 02745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Parts

**Date or dates debt was incurred** 10/9/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31.15

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  Kadey-Krogen Yachts, LLC
_____
Name

Case number (*if known*) _____

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.32** | **Nonpriority creditor's name and mailing address**

Kravet Inc

PO Box 50016

Newark, NJ 07101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Parts

**Date or dates debt was incurred** 02/9/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 134.57

---

**3.33** | **Nonpriority creditor's name and mailing address**

Krogen, James S & Co Inc

2740 SW Martin Downs Blvd., Apt. 225
Palm City, FL 34990-6046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Royalty payments

**Date or dates debt was incurred** 12/31/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 38,588.00

---

**3.34** | **Nonpriority creditor's name and mailing address**

Limont 415 LLC

7901 4th Street N, Suite 300
Petersburg, FL 33702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent payments

**Date or dates debt was incurred** 03/01/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,863.01

---

**3.35** | **Nonpriority creditor's name and mailing address**

Llebroc Industries

3601 Conway Street
Fort Worth, TX  76111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Parts

**Date or dates debt was incurred** 7/16/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 171.93

---

**3.36** | **Nonpriority creditor's name and mailing address**

Mannington Commercial

1844 US Highway 41 SE
Calhoun, GA 30701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Parts

**Date or dates debt was incurred** 10/14/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,595.35

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Kadey-Krogen Yachts, LLC                              Case number (*if known*) _____
          _____
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** 
**Nonpriority creditor's name and mailing address**
McAfee & Taft

8th Floor ,Two Leadership Square 211 North Robinson

Oklahoma City, OK 73102-7103

**Date or dates debt was incurred**    02/02/2026
**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed
**Basis for the claim:** Legal fees
**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,241.25

**3.38** 
**Nonpriority creditor's name and mailing address**
Multi-Tech Marine Services

1601 SW 20th Street Bay #CS-5
Fort Lauderdale, FL 33315

**Date or dates debt was incurred**    04/1/2026
**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Service costs
**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36,412.83

**3.39** 
**Nonpriority creditor's name and mailing address**
North Harbor Diesel & Yacht Service Inc

720 30th Street
Anacortes, WA 98221

**Date or dates debt was incurred**    10/18/2025
**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Service costs
**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,138.23

**3.40** 
**Nonpriority creditor's name and mailing address**
Performance Power Systems of Florida Inc.

4515 SE Commerce Street
Stuart, FL 34997

**Date or dates debt was incurred**    5/4/2026
**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
S
**Basis for the claim:** Service costs
**Is the claim subject to offset?**
☒ No
☐ Yes

$ 441.00

**3.41** 
**Nonpriority creditor's name and mailing address**
Pitney Bowes Global Financial Services

PO Box 371887
Pittburgh, PA 15250-7887

**Date or dates debt was incurred**    3/2/2026-6/2/2026
**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility costs
**Is the claim subject to offset?**
☒ No
☐ Yes

$ 224.70

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   Kadey-Krogen Yachts, LLC
Name                                                                                      Case number (*if known*) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.42** | **Nonpriority creditor's name and mailing address**

PromoCentric LLC

Attn: Dana Fuller
5 Forbes Road

Newmarket, NH  03857

Date or dates debt was incurred — 12/25/2025

Last 4 digits of account number — ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Advertising costs

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 423.57

---

**3.43** | **Nonpriority creditor's name and mailing address**

Safe Harbor Harborage YC

955 NW Flagler Avenue
Stuart, FL 34994

Date or dates debt was incurred — 12/21/2025-6/1/2026

Last 4 digits of account number — ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Dockage fees

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,837.28

---

**3.44** | **Nonpriority creditor's name and mailing address**

Sapp, Greg

290 Long Point Road
Crownsville, MD 21032

Date or dates debt was incurred — 06/152026-07/02/2026

Last 4 digits of account number — ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Delivery fees

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,000.00

---

**3.45** | **Nonpriority creditor's name and mailing address**

Seaview

2225 N. Molter Road, Suite 105
Liberty Lake, WA 99019

Date or dates debt was incurred — 10/17/2025-11/7/2025

Last 4 digits of account number — ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Parts

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,120.00

---

**3.46** | **Nonpriority creditor's name and mailing address**

Southern Boating Media

1591 E Atlantic Blvd
Pompano Beach, FL 33060

Date or dates debt was incurred — 9/10/2025-5/22/226

Last 4 digits of account number — ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Advertising costs

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,890.00

---

page 11 of 14

Official Form 206E/F               **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  Kadey-Krogen Yachts, LLC
Name

Case number (*if known*) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47** | **Nonpriority creditor's name and mailing address**

Summit KKY LP

706 Pecos Street

Austin TX, 78703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Management Fees

Date or dates debt was incurred    8/1/2024-1/1/2026

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 75,006.00

---

**3.48** | **Nonpriority creditor's name and mailing address**

Ultrafabrics, LLC

303 South Broadway, Suite 201
Tarrytown, NY 10591

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Parts

Date or dates debt was incurred    9/18/2025-11/21/2025

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,068.71

---

**3.49** | **Nonpriority creditor's name and mailing address**

Vessel Vanguard Group LLC

24301 Walden Center Drive, Suite 101
Bonita Springs, FL 34134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service costs

Date or dates debt was incurred    5/1/2026-5/13/2026

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,800.00

---

**3.50** | **Nonpriority creditor's name and mailing address**

Voyager Maritime Alliance Group Inc

1883 West State Road 84 Building 2, Suite 105
Ft. Lauderdale, FL  33315

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Parts

Date or dates debt was incurred    5/15/2025-1/15/2026

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,751.72

---

**3.51** | **Nonpriority creditor's name and mailing address**

West Marine Pro
Attn:  Accounts Receivable
PO BOX 669336
Dallas, TX 75266-9336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Parts

Date or dates debt was incurred    1/26/2026-6/1/2026

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 917.80

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Kadey-Krogen Yachts, LLC
          Name                                                              Case number (*if known*) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.52** | **Nonpriority creditor's name and mailing address**

West, Jock Tucker

34 Peaceful Way

Portsmouth, RI  02871

Date or dates debt was incurred    11/1/2025-6/29/2026

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $    103,481.20

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** parts, subscriptions, etc

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address**

YRM

3295 SW 11th Avenue
Fort Lauderdale, FL 33315

Date or dates debt was incurred    12/1/2025

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $    980.24

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Delivery fees

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   Kadey-Krogen Yachts, LLC                                    Case number (*if known*) _____
              Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|----------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 13,473.08 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 2,190,533.34 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c | $ 2,204,006.42 |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

**Fill in this information to identify the case:**

Debtor name  Kadey-Krogen Yachts, LLC

United States Bankruptcy Court for the: _____ District of  Delaware
(State)

Case number (If known): _____  Chapter  7

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest: Backup to Server<br>State the term remaining<br>List the contract number of any government contract: 10/31/2028 | Datto Inc,<br>101 Merritt 7, 7th Floor<br>Norwalk, CT 06851 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest: Contract for building new boat<br>State the term remaining: Completed and paid for for by customer but not shipped as it is<br>List the contract number of any government contract: currently held up in Taiwan | Vincent and Elizabeth Fortunado<br>PO BOX 3345<br>Annapolis, MD 21403 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest: Contract for building new boat<br>State the term remaining: Boat is 60% complete and<br>List the contract number of any government contract: 60% paid for by customer | Hill, Joe and Julia<br>107 Budris Road<br>Melbourne Beach, FL 32951 |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest: RI Lease of Office Space<br>State the term remaining: unknown<br>List the contract number of any government contract: | Hinckley Holdings LLC<br>1 Little Harbor Landing<br>Portsmouth, RI 02871 |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest: FL Lease for Office space<br>State the term remaining: 12/1/2026<br>List the contract number of any government contract: | Limont 415 LLC<br>3340 SE Federal Highway<br>PMB 519<br>Stuart FL, 34997 |

page 1 of 2

Debtor    Kadey-Krogen Yachts, LLC
          Name                                                    Case number (if known) _____

▓▓▓    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**
State what the contract or lease is for and the nature of the debtor's interest

Commerical line of credit for Payroll

Payro
1640 Boro Place
4th Floor
McLean VA 22102

State the term remaining

remaining balance $76,880.30

List the contract number of any government contract

---

**2.7**
State what the contract or lease is for and the nature of the debtor's interest

Contract for building new boat

Pennington, Carvel and Tefft
129 Walnut Street
Unit 408
Chattanooga TN, 37403

State the term remaining

Boat is 95% Complete and 95% paid for by customer in Taiwan

List the contract number of any government contract

---

**2.8**
State what the contract or lease is for and the nature of the debtor's interest

Contract for building new boat

Zeman, Stark and Kimberly
1023 SE 15th Avenue
Deerfield Beach FL, 33441

State the term remaining

0% complete

List the contract number of any government contract

---

**2.__**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.__**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.__**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.__**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

page 2 of 2

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases

**Fill in this information to identify the case:**

Debtor name __Kadey-Krogen Yachts, LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors                                          12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.1 _____  _____ Street / ___ City ___ State ___ ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____  _____ Street / ___ City ___ State ___ ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____  _____ Street / ___ City ___ State ___ ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____  _____ Street / ___ City ___ State ___ ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____  _____ Street / ___ City ___ State ___ ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 _____  _____ Street / ___ City ___ State ___ ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |

page 1 of 1

Official Form 206H                    **Schedule H: Codebtors**

**Fill in this information to identify the case and this filing:**

Debtor Name __Kadey-Krogen Yachts, LLC__

United States Bankruptcy Court for the: _____   District of __Delaware__
_(State)_

Case number _(If known):_ _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration      __Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __0706/2026__          ✗/s/ Jock Tucker West
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                                   Jock Tucker West
                                   Printed name

                                   President
                                   Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**seeFill in this information to identify the case:**

Debtor name   Kadey-Krogen Yachts, LLC

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☒ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2026 <br><sub>MM / DD / YYYY</sub> to | Filing date | ☒ Operating a business<br>☐ Other _____ | $ 403,962 |
| **For prior year:** | From 01/01/2025 <br><sub>MM / DD / YYYY</sub> to | 12/31/2025 <br><sub>MM / DD / YYYY</sub> | ☒ Operating a business<br>☐ Other _____ | $ 10,111,896 |
| **For the year before that:** | From 01/01/2024 <br><sub>MM / DD / YYYY</sub> to | 12/31/2024 <br><sub>MM / DD / YYYY</sub> | ☒ Operating a business<br>☐ Other _____ | $ 14,957,353 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ <br><sub>MM / DD / YYYY</sub> to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____ <br><sub>MM / DD / YYYY</sub> to | _____ <br><sub>MM / DD / YYYY</sub> | _____ | $ _____ |
| **For the year before that:** | From _____ <br><sub>MM / DD / YYYY</sub> to | _____ <br><sub>MM / DD / YYYY</sub> | _____ | $ _____ |

Debtor    Kadey-Krogen Yachts, LLC                                    Case number (*if known*) _____
          Name

---

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attachment 3**<br>Creditor's name<br><br>Street<br><br><br>City      State      ZIP Code |  ____ | $ 1,227,300.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. <br>Creditor's name<br><br>Street<br><br><br>City      State      ZIP Code | ____ | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attachment 4**<br>Insider's name<br><br>Street<br><br><br>City      State      ZIP Code<br><br>**Relationship to debtor**<br><br>_____ | ____ | $ 182,913.50 | _____<br><br>_____ |
| 4.2. <br>Insider's name<br><br>Street<br><br><br>City      State      ZIP Code<br><br>**Relationship to debtor**<br><br>_____ | ____ | $ _____ | _____<br><br>_____ |

---

Official Form 207   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**   page **2**

Debtor  Kadey-Krogen Yachts, LLC
_____     Case number (*if known*) _____
      Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| | | | $ _____ |
| Creditor's name | | | |
| Street | | | |
| City      State      ZIP Code | | | |
| 5.2. | | | |
| | | | $ _____ |
| Creditor's name | | | |
| Street | | | |
| City      State      ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ _____ |
| Creditor's name | | | |
| Street | | | |
| City      State      ZIP Code | Last 4 digits of account number: XXXX– _ _ _ _ | | |

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ☐ Pending |
| | | Name | ☐ On appeal |
| **Case number** | | Street | ☐ Concluded |
| | | City      State      ZIP Code | |
| **Case title** | | **Court or agency's name and address** | ☐ Pending |
| 7.2. | | | ☐ On appeal |
| | | Name | ☐ Concluded |
| **Case number** | | Street | |
| | | City      State      ZIP Code | |

Debtor  Kadey-Krogen Yachts, LLC _____     Case number (*if known*)_____
_____Name_____

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ _____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| Street | | |
| | | Name |
| City          State   ZIP Code | **Case number** | Street |
| | | City      State    ZIP Code |
| | **Date of order or assignment** | |

### Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $ _____ |
| Recipient's name | | | |
| Street | | | |
| City     State   ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $ _____ |
| Recipient's name | | | |
| Street | | | |
| City     State   ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

### Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| Cash, Bank hack | $20,000.00 | 04/3/2025 | $ 90,000.00 |

Debtor   Kadey-Krogen Yachts, LLC
_____
Name

Case number (*if known*) _____

---

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1.

**Address**

City          State     ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.2.

**Address**

Street

City          State     ZIP Code
**Email or website address**

**Who made the payment, if not debtor?**

$ _____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ _____ |
| **Trustee** | | | |

---

Debtor  Kadey-Krogen Yachts, LLC                                    Case number (*if known*) _____
　　　　　　Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ | _____ | $ _____ |
| **Address** | _____ | | |
| Street _____ | | | |
| _____ | | | |
| City　　　State　　ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |
| **Who received transfer?** | _____ | _____ | $ _____ |
| 13.2. _____ | _____ | | |
| **Address** | | | |
| Street _____ | | | |
| _____ | | | |
| City　　　State　　ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

---

**Part 7:　Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. _____ Street | | From _____ To _____ |
| _____ | | |
| City　　　　State　　ZIP Code | | |
| 14.2. _____ Street | | From _____ To _____ |
| _____ | | |
| City　　　　State　　ZIP Code | | |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **6**

Debtor  __Kadey-Krogen Yachts, LLC_____     Case number (*if known*) _____
             Name

---

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1.  _____<br>Facility name | | |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City    State    ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2.  _____<br>Facility name | | |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City    State    ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained. Names and Addresses and Phone Numbers of the customers via contracts and CRM System

Does the debtor have a privacy policy about that information?

☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No
☐ Yes

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **7**

Debtor    Kadey-Krogen Yachts, LLC _____     Case number *(if known)* _____
          Name

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. See attachment 18<br>Name<br><br>Street<br><br>City    State    ZIP Code<br>City    State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____<br>☐ Other _____ | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br>City    State    ZIP Code | <br><br>**Address** | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Prime Storage<br>Name<br>350 High Point Avenue<br>Street<br>Portsmouth    RI    02871<br>City    State    ZIP Code | Jock Tucker West<br><br>**Address** | Marketing displays and components for Trade Shows | ☐ No<br>☒ Yes |

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Cubesmart<br>Name<br>1535 SW Martin Hwy<br>Street<br>Palm City    FL    34994<br>City    State    ZIP Code | Jock Tucker West<br>Katie Astras<br><br>**Address** | Marketing displays and components for Trade Shows, Historical Documents, Boat parts and pieces | ☐ No<br>☒ Yes |

Debtor   Kadey-Krogen Yachts, LLC
         _____
         Name

Case number (*if known*) _____

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ _____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **9**

Debtor     Kadey-Krogen Yachts, LLC _____     Case number (*if known*)_____
                 Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name and address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1.** Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| Street | | **Dates business existed** |
| City          State     ZIP Code | | From                    To |
| **25.2.** Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| Street | | **Dates business existed** |
| City          State     ZIP Code | | From _____       To _____ |
| **25.3.** Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| Street | | **Dates business existed** |
| City          State     ZIP Code | | From _____       To _____ |

---

Debtor   Kadey-Krogen Yachts, LLC
         _____
         Name

Case number (*if known*) _____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Gregory Feighery<br>Name<br>31 Arnold Street<br>Street<br><br>Somerset          MA          02726<br>City          State          ZIP Code | From 06/2026   To Present |

| Name and address | Dates of service |
|---|---|
| 26a.2. Kimberly Muha<br>Name<br>520 SW 4th Avenue<br>Street<br><br>Oak Harbor          WA          98277<br>City          State          ZIP Code | From<br>05/01/2023   To Present |

| Name and address | Dates of service |
|---|---|
| 26b.3. Sandra Winslow<br>Name<br>10851 South Ocean Drive<br>Street<br>LOT 61<br>Jensen Beach          FL          34957<br>City          State          ZIP Code | From<br>03/30/2021   To Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. CRI Advisors LLC<br>Name<br>33 SW Flagler Avenue<br>Street<br><br>Stuart          FL          34994<br>City          State          ZIP Code | From<br>03/10/2021   To Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>Name<br><br>Street<br><br>City          State          ZIP Code | |

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **11**

Debtor   Kadey-Krogen Yachts, LLC
_____
Name

Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City                State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **Bank Newport**
Name
**528 West Main Road**
Street

**Middleton**                     **RI**          **02842**
City                                State          ZIP Code

**Name and address**

26d.2.  **Citizens Bank**
Name
**1 Citizens Plaza**
Street

**Providence**                    **RI**          **02903**
City                                State          ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City                State        ZIP Code |

Debtor  Kadey-Krogen Yachts, LLC
_____
Name

Case number (*if known*) _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| West, Jock T. | 34 Peaceful Way, Portsmouth RI, 02871 | President, CEO, Director | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Feighery, Gregory J | 31 Arnold St, Somerset MA, 02726 | Former CFO | From 2021 To 6/2026 |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Jock T. West<br>Name<br>34 Peaceful Way<br>Street<br><br>Portsmouth     RI     02871<br>City          State     ZIP Code<br>**Relationship to debtor** | $166,227.47 | 07/29/2025 -6/24/2026 | Guaranteed Payments for running business |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **13**

Debtor   Kadey-Krogen Yachts, LLC
_____
Name

Case number (*if known*) _____

---

**Name and address of recipient**

30.2.

Name

Street

City                    State          ZIP Code

**Relationship to debtor**

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/06/2026
_____
MM / DD / YYYY

✘ /s/ Jock Tucker West
_____
Signature of individual signing on behalf of the debtor

Printed name   Jock Tucker West
_____

Position or relationship to debtor   President
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

| Creditor Name | Attn | Address | City | State | Zip | Payment Date | Payment Amount | Reason for Payment |
|---|---|---|---|---|---|---|---|---|
| 1212 Partners, LP | | 2901 Via Fortuna Bldg. 6, Suite 5 | Austin | Texas | 78746 | 4/8/2026 | (5,640.12) | Loan Payment |
| 1212 Partners, LP | | 2901 Via Fortuna Bldg. 6, Suite 5 | Austin | Texas | 78746 | 4/9/2026 | (4,611.13) | Loan Payment |
| 323 W Investments | | 2901 Via Fortuna Bldg. 6, Suite 5 | Austin | Texas | 78746 | 4/8/2026 | (13,250.81) | Loan Payment |
| 323 W Investments | | 2901 Via Fortuna Bldg. 6, Suite 5 | Austin | Texas | 78746 | 4/9/2026 | (10,833.33) | Loan Payment |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 4/16/2026 | (30,000.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | | 4/1/2026 | (4,000.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 4/1/2026 | (30,000.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 4/1/2026 | (32,000.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 4/2/2026 | (27,890.92) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 4/3/2026 | (1,465.05) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 4/6/2026 | (200.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 4/6/2026 | (1,280.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 4/6/2026 | (5,500.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 4/7/2026 | (1,657.68) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 4/9/2026 | (125,000.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 4/14/2026 | (10,000.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 4/15/2026 | (37,596.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 4/16/2026 | (54,932.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 4/24/2026 | (1,000.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 4/24/2026 | (2,500.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 4/27/2026 | (177.25) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/1/2026 | (76.86) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/4/2026 | (1,750.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/5/2026 | (20,000.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/5/2026 | (20,000.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/5/2026 | (1,750.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/7/2026 | (15,000.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/8/2026 | (1,806.88) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/11/2026 | (30.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/11/2026 | (3,000.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/12/2026 | (20,000.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/15/2026 | (2,500.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/20/2026 | (2,736.60) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/21/2026 | (10,292.60) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/22/2026 | (2,500.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/26/2026 | (449.53) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/26/2026 | (600.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/26/2026 | (2,000.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/26/2026 | (2,500.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/27/2026 | (50,000.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/27/2026 | (500.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/28/2026 | (6,000.00) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/28/2026 | (6,651.13) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/28/2026 | (20,888.33) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 5/29/2026 | (1,119.96) | IC Movement |
| American Tugs | | 800 Pearl Jensen Way | La Conner | WA | 98257 | 6/26/2026 | (15,000.00) | IC Movement |
| Asia Harbor Yacht Builders Company | LIN KAO SHUI | 3-3 Shih Chuan Road, Shiao Kang | Kaohsiung | , Taiwan | R.O.C. 812 | 4/9/2026 | (100,000.00) | Progress Payment For Production |
| Asia Harbor Yacht Builders Company | LIN KAO SHUI | 3-3 Shih Chuan Road, Shiao Kang | Kaohsiung | , Taiwan | R.O.C. 812 | 4/29/2026 | (100,000.00) | Progress Payment For Production |
| Bank of America (Business Card) | | PO Box 15796 | Wilmington | DE | 19886-5796 | 5/1/2026 | (10.33) | Credit Card |
| Bank of America (Business Card) | | PO Box 15796 | Wilmington | DE | 19886-5796 | 5/1/2026 | (19.80) | Credit Card |
| Bank of America (Business Card) | | PO Box 15796 | Wilmington | DE | 19886-5796 | 5/1/2026 | (29.69) | Credit Card |
| Bank of America (Business Card) | | PO Box 15796 | Wilmington | DE | 19886-5796 | 5/1/2026 | (30.58) | Credit Card |
| Bank of America (Business Card) | | PO Box 15796 | Wilmington | DE | 19886-5796 | 5/1/2026 | (1,843.18) | Credit Card |
| Bank of America (Business Card) | | PO Box 15796 | Wilmington | DE | 19886-5796 | 5/1/2026 | (3,955.80) | Credit Card |
| Bank of America (Business Card) | | PO Box 15796 | Wilmington | DE | 19886-5796 | 5/1/2026 | (9,033.76) | Credit Card |
| Bank of America (Business Card) | | PO Box 15796 | Wilmington | DE | 19886-5796 | 5/1/2026 | (10,000.00) | Credit Card |
| Bank of America (Business Card) | | PO Box 15796 | Wilmington | DE | 19886-5796 | 5/27/2026 | (5,000.00) | Credit Card |
| Boats Group LLC | | 1221 Brickell Avenue | Miami | FL | 33131 | 4/11/2026 | (8,500.00) | Advertising |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Boats Group LLC | | 1221 Brickell Avenue | Miami | FL | 33131 | 5/11/2026 | (8,500.00) | Advertising |
| Boats Group LLC | | 1221 Brickell Avenue | Miami | FL | 33131 | 4/16/2026 | (8,500.00) | Advertising |
| Chase Auto | | 700 Kansas Lane | Monro | LA | 71203 | 4/14/2026 | (898.89) | Car payment |
| Chase Auto | | 700 Kansas Lane | Monro | LA | 71203 | 5/14/2026 | (898.89) | Car payment |
| Chase Auto | | 700 Kansas Lane | Monro | LA | 71203 | 6/14/2026 | (898.89) | Car payment |
| Dockmate, Inc | | 3112 SE 4th Ave | Fort Lauderdale | FL | 33316 | 4/30/2026 | (16,550.00) | Parts |
| Gary Woods Marine | | 467 SW Palm City School Ave. U | Palm City | FL | 34990 | 6/9/2026 | (12,667.50) | Warranty/Insruance Claim |
| Gary Woods Marine | | 467 SW Palm City School Ave. U | Palm City | FL | 34990 | 4/29/2026 | (5,500.00) | Service |
| Gary Woods Marine | | 467 SW Palm City School Ave. U | Palm City | FL | 34990 | 5/21/2026 | (8,500.00) | Service |
| Gary Woods Marine | | 467 SW Palm City School Ave. U | Palm City | FL | 34990 | 6/9/2026 | (1,233.00) | service |
| Gear, John-V | | 2974 SE Farley Street | Port St. Lucie | FL | 34952 | 4/17/2026 | (24,525.00) | Commission |
| Gear, John-V | | 2974 SE Farley Street | Port St. Lucie | FL | 34952 | 5/15/2026 | (1,250.00) | Commission |
| Gear, John-V | | 2974 SE Farley Street | Port St. Lucie | FL | 34952 | 5/29/2026 | (7,550.00) | Commission |
| Harris, William - V | | 7205 SW Gator Trail | Palm City | FL | 34994 | 4/17/2026 | (15,750.00) | Commission |
| Harris, William - V | | 7205 SW Gator Trail | Palm City | FL | 34994 | 5/15/2026 | (34,391.00) | Commission |
| Harris, William - V | | 7205 SW Gator Trail | Palm City | FL | 34994 | 5/29/2026 | (17,787.50) | Commission |
| Harris, William - V | | 7205 SW Gator Trail | Palm City | FL | 34994 | 6/12/2026 | (18,850.00) | Commission |
| Harris, William - V | | 7205 SW Gator Trail | Palm City | FL | 34994 | 6/26/2026 | (6,734.50) | Commission |
| Hinckley Company, The - FL | | 4550 SE Boatyard Drive | Stuart | FL | 34997 | 5/6/2026 | (15,062.16) | Service |
| Hinckley Company, The - FL | | 4550 SE Boatyard Drive | Stuart | FL | 34997 | 6/9/2026 | (5,000.00) | Service |
| Jamiolkowski, Jodi | | 9669 Cobalt Cove Circle | Naples | FL | 34120 | 5/1/2026 | (30,000.00) | Commission |
| McGhie, Ian | | 5199 E. PACIFIC COAST HIGHWA | Long Beach | CA | 90804 | 4/14/2026 | (14,965.00) | Commission |
| National Financial | | PO Box 1487 | Wainscott, | NY | 11975 | 4/10/2026 | (4,777.77) | Loan Payment |
| National Financial | | PO Box 1487 | Wainscott, | NY | 11975 | 4/10/2026 | (5,843.93) | Loan Payment |
| Polster, Lawrence-002-V | | 411 Walnut Street | Green Cove Springs | FL | 32043 | 5/29/2026 | (16,250.00) | Commission |
| Polster, Lawrence-002-V | | 411 Walnut Street | Green Cove Springs | FL | 32043 | 5/18/2026 | (16,250.00) | Commission |
| Sapp, Greg | | 290 Long Point Road | Crownsville | MD | 21032 | 4/17/2026 | (6,733.13) | Commission |
| Sapp, Greg | | 290 Long Point Road | Crownsville | MD | 21032 | 4/30/2026 | (13,466.25) | Commission |
| Sapp, Greg | | 290 Long Point Road | Crownsville | MD | 21032 | 5/15/2026 | (2,250.00) | Commission |
| Sapp, Greg | | 290 Long Point Road | Crownsville | MD | 21032 | 6/4/2026 | (10,000.00) | Delivery Expense 5406 |
| West, Tucker | | 34 Peaceful Way | Portsmouth | RI | 02871 | 5/26/2026 | (2,277.00) | Pay Credit Card to use reopen for Business Exp |
| West, Tucker | | 34 Peaceful Way | Portsmouth | RI | 02871 | 5/26/2026 | (5,000.00) | Pay Credit Card to use reopen for Business Exp |
| West, Tucker | | 34 Peaceful Way | Portsmouth | RI | 02871 | 4/6/2026 | (5,000.00) | Pay Credit Card to use reopen for Business Exp |
| West, Tucker | | 34 Peaceful Way | Portsmouth | RI | 02871 | 4/10/2026 | (5,000.00) | Pay Credit Card to use reopen for Business Exp |
| West, Tucker | | 34 Peaceful Way | Portsmouth | RI | 02871 | 4/10/2026 | (5,000.00) | Pay Credit Card to use reopen for Business Exp |
| West, Tucker | | 34 Peaceful Way | Portsmouth | RI | 02871 | 6/5/2026 | (3,000.00) | Pay Credit Card to use reopen for Business Exp |
| West, Tucker | | 34 Peaceful Way | Portsmouth | RI | 02871 | 4/1/2026 | (6,538.47) | Guarantee Payment |
| West, Tucker | | 34 Peaceful Way | Portsmouth | RI | 02871 | 4/16/2026 | (6,538.47) | Guarantee Payment |
| West, Tucker | | 34 Peaceful Way | Portsmouth | RI | 02871 | 5/5/2026 | (1,632.15) | credit card payment |

**Attachment 4**

| Insider Name | Address | City | State | Zip | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|
| 2820 Partners, LP | 2901 Via Fortuna Bldg. 6, Suite 550 | Austin | TX | 78746 | Investor / Partner | 3/9/2026 | 50,000.00 | |
| 323 W Investments, LLC | 2901 Via Fortuna Bldg. 6, Suite 550 | Austin | TX | 78746 | Investor / Partner | 3/9/2026 | 50,000.00 | |
| 324 W Investments, LLC | 2901 Via Fortuna Bldg. 6, Suite 550 | Austin | TX | 78746 | Investor / Partner | 4/9/2026 | 10,833.33 | |
| Jim Rosenthal | PO Box 1487 | Wainscott | NY | 11975 | Investor / Partner | 4/10/2026 | 5,843.93 | |
| Jim Rosenthal | PO Box 1487 | Wainscott | NY | 11975 | Investor / Partner | 4/10/2026 | 4,777.77 | |
| Jock T West | 34 Peaceful Way | Portsmouth | RI | 02871 | Insider | 9/5/2025 | 2,000.00 | Partial Payment of Expenses Owed |
| Jock T West | 34 Peaceful Way | Portsmouth | RI | 02871 | Insider | 9/16/2025 | 1,920.00 | Reimbursement IT Expense |
| Jock T West | 34 Peaceful Way | Portsmouth | RI | 02871 | Insider | 10/3/2025 | 9,000.00 | Southwest Card Expense Reimbursment |
| Jock T West | 34 Peaceful Way | Portsmouth | RI | 02871 | Insider | 10/3/2025 | 9,000.00 | Marriot Card Expense Reimbursement |
| Jock T West | 34 Peaceful Way | Portsmouth | RI | 02871 | Insider | 01/20/2026 | 1,000.00 | Reimbursement of CC to use again |
| Jock T West | 34 Peaceful Way | Portsmouth | RI | 02871 | Insider | 01/20/2026 | 2,000.00 | Reimbursement of CC to use again |
| Jock T West | 34 Peaceful Way | Portsmouth | RI | 02871 | Insider | 02/06/2026 | 7,500.00 | Reimbursement of CC to use again |
| Jock T West | 34 Peaceful Way | Portsmouth | RI | 02871 | Insider | 02/27/2026 | 1,500.00 | Reimbursement of CC to use again |
| Jock T West | 34 Peaceful Way | Portsmouth | RI | 02871 | Insider | 03/16/2026 | 2,000.00 | Reimbursement of CC to use again |
| Jock T West | 34 Peaceful Way | Portsmouth | RI | 02871 | Insider | 03/17/2026 | 22,000.00 | Reimbursement of CC to use again and boat delivery |
| Jock T West | 34 Peaceful Way | Portsmouth | RI | 02871 | Insider | 03/18/2026 | 3,538.47 | Reimbursement of CC to use again |

**Attachment 18**

| Financial Institution | Address | Last 4 Digits of Account | Type of Account | Date Account was Closed | Last Balance Before Closing |
|---|---|---|---|---|---|
| United Community Bank | 309 Southeast Osceola Street, Suite 106 Stuart FL, 34994 | 6136 | Bus Checking | 12/31/2025 | $ (114,999.35) |
| United Community Bank | 309 Southeast Osceola Street, Suite 106 Stuart FL, 34994 | 3461 | Escrow | 12/31/2025 | $ - |
| United Community Bank | 309 Southeast Osceola Street, Suite 106 Stuart FL, 34994 | 5625 | Wire | 10/31/2025 | $ - |
| United Community Bank | 309 Southeast Osceola Street, Suite 106 Stuart FL, 34994 | 8775 | Broker Escrow | 10/31/2025 | $ - |